# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Roberto Martinez-Acosta,<br>a.k.a.: Roberto Martinez,<br>a.k.a.: Roberto Acosta Martinez,<br>(A087 451 003)<br>*Defendant* | Case No. 17-8404 MJ |

DOA 10-9-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 2, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Roberto Martinez-Acosta, an alien, was found in the United States of America at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about August 22, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*

Valery Lozano,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 10, 2017

*Judge's signature*

City and state: Phoenix, Arizona

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Valery Lozano, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 2, 2017, the Mesa Police Department (MPD) contacted the Phoenix ICE Law Enforcement Agency Response Unit regarding an individual they had in custody for a probation violation. ICE Officer Payne telephonically interviewed the individual, later identified as Roberto Martinez-Acosta, and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, an immigration detainer was lodged with the city jail. On October 9, 2017, Martinez-Acosta was transported to the Phoenix ICE office for further investigation and processing. Martinez-Acosta was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Roberto Martinez-Acosta to be a citizen of Mexico and a previously deported criminal alien. Martinez-Acosta was removed from the United States to Mexico at or near Eagle Pass, Texas, on or about August 22, 2015, pursuant to an order of removal issued by an immigration official. There is no

2

record of Martinez-Acosta in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Martinez-Acosta's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Roberto Martinez-Acosta was convicted of Re-Entry of a Removed Alien, a felony offense, on September 17, 2014, in the United States District Court, District of Arizona. Martinez-Acosta was sentenced to eight (8) months' imprisonment and three (3) years' supervised release. Martinez-Acosta's criminal history was matched to him by electronic fingerprint comparison.

5. On October 9, 2017, Roberto Martinez-Acosta was advised of his constitutional rights. Martinez-Acosta freely and willingly acknowledged his rights and agreed to provide a statement under oath. Martinez Acosta stated that his true and complete name is Roberto Martinez-Acosta and that he is a citizen of Mexico. Martinez-Acosta stated that he illegally entered the United States two (2) months ago, through Nogales. Martinez-Acosta further stated that he had been removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 2, 2017, Roberto Martinez-Acosta, an alien, was found in the United

States of America, at or near Mesa, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about August 22, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Valery Lozano,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 10th day of October, 2017.

_____
John Z. Boyle,
United States Magistrate Judge